# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EPHRAIN JR. MARK MARCHAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 4:24-cv-00544-SEP |
| ) | |
| THE REPUBLIC OF TRINIDAD AND ) | |
| TOBAGO, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

Before the Court is Petitioner's pro se Petition for a Writ of Habeas corpus under 28 U.S.C. § 2241. The Petition is defective because Petitioner has not paid the filing fee or filed a motion to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall mail to Petitioner a copy of the Court's Motion to Proceed *In Forma Pauperis* and Affidavit in Support—Habeas Cases (Form MOED-0038).

**IT IS FURTHER ORDERED** that Petitioner shall either pay the $5 filing fee or submit the Motion to Proceed *In Forma Pauperis* and Affidavit in Support—Habeas Cases within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that if Petitioner does not comply with this Order, the Court will dismiss this action without prejudice.

Dated this 18th day of April, 2024.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE