**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| EPHRAIN JR. MARK MARCHAN, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | No. 4:24-cv-00544-SEP |
| ) | |
| UNITED KINGDOM OF GREAT BRITAIN ) | |
| AND NORTHERN IRELAND, ) | |
| ) | |
| Respondent. ) | |

**MEMORANDUM AND ORDER**

Before the Court is self-represented Petitioner's Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. [6]. "District courts are limited to granting habeas relief "within their respective jurisdictions." *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). "The plain language of the habeas statute thus confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id*. at 443. According to the Amended Petition, Petitioner is currently confined in The Republic of Trinidad and Tobago. Petitioner's custodian, therefore, is located in a foreign nation. The United States District Court for the Eastern District of Missouri therefore lacks jurisdiction to grant the writ.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241, Doc. [6], is **DISMISSED** for lack of jurisdiction.

An Order of Dismissal will accompany this Memorandum and Order.

Dated this 13th day of June, 2024.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE